EMMA KELLY and CHARLES KELLY, Respondents, v. THE STANLEY REALTY CORPORATION and CABLE RENE AYERT, Appellants.— Order denying motion to vacate service of summons and to dismiss complaint for lack of jurisdiction affirmed, with ten dollars costs and disbursements. Controverted questions of fact as to the nature of employment must be determined on the trial and not on affidavits. Lazansky, P. J., Hagarty, Carswell, Scudder and Davis, JJ., concur.

BERTELL W. KING and MARY O'CONNOR, Respondents, v. UNITED STATES MERCHANTS AND SHIPPERS INSURANCE COMPANY, Appellant.— Judgment reversed on the law and a new trial granted, with costs to appellant to abide the event, on the ground that the court erroneously excluded proof as to the sufficiency of the anchors as bearing on the question of seaworthiness; and on the further ground that the court erred in its charge in not submitting to the jury the question of the purchase price of the vessel as some evidence of value, and in giving the jury instruction that mooring the vessel with a small anchor was not a defense unless she was intentionally and fraudulently so moored. The question of anchors was one related to the defense of seaworthiness of the vessel and not to that of fraudulent representations alleged to have been made at the inception of the policy. Lazansky, P. J., Tompkins and Davis, JJ., concur; Carswell and Scudder, JJ., dissent and vote to affirm.

HANS KRIEG, Respondent, v. OLIM GARAGE AND TRANSPORTATION COMPANY, INC., Appellant.— Judgment and order of the City Court of White Plains affirmed, with costs. No opinion. Lazansky, P. J., Carswell and Scudder, JJ., concur; Hagarty and Davis, JJ., dissent and vote for reversal.

GIOVANNINA LARUSSO and NICHOLAS LARUSSO, Respondents, v. BROOKLYN AND QUEENS TRANSIT CORPORATION, Appellant, Impleaded with Others, Defendants.— Order, in so far as it grants examination as to items 1, 3 and 5 affirmed, with ten dollars costs and disbursements; examination to proceed on five days' notice at the place and hour stated in the order. No opinion. Lazansky, P. J., Hagarty, Carswell, Scudder and Davis, JJ., concur.

CATHERINE McBRIDE, as Administratrix, etc., of PATRICK McBRIDE, Deceased, Appellant, v. VINCENT BRADY, Respondent.— Judgment reversed on the law and the facts and a new trial granted, costs to appellant to abide the event. The case presented issues for the determination of the jury. In cases such as this, where the alleged negligence resulted in death, the plaintiff is not held to the high degree of proof required in a case where the injured person may take the stand and give his version of the happening of the accident. In such cases, also, the plaintiff is relieved of the burden of proving the decedent's freedom from contributory negligence. Lazansky, P. J., Hagarty, Carswell, Scudder and Davis, JJ., concur.